IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC,<br>　　Plaintiff, | Civil Action No. 3:25-cv-01448 |
| v. | |
| ALBERTSONS COMPANIES, INC.,<br>　　Defendant | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR WAIVER OF
LOCAL COUNSEL REQUIREMENT**

Plaintiff, Wolverine Barcode IP, LLC is represented by the undersigned counsel in this Court for the Northern District of Texas and respectfully request that it be allowed to proceed without the necessity of associating additional local counsel in accordance with Local Rule 83.10 and would show the Court the following.

Plaintiff's counsel, William P. Ramey, III, ("Ramey") has been admitted to practice before this Court for the Northern District of Texas since February 21, 2001. Ramey is able and willing to appear at any hearing called by the presiding judge, or to perform on behalf of any other duty required by the presiding judge or the local rules of this Court, in accordance with Local Rule 83.10. Ramey maintains a fully staffed principal law office in Houston, Texas and has appeared before fellow Judges in this district in the following matters:

　　*Cloud Systems HoldCo IP, LLC v. Climatex, LLC,* 3:25-cv-01065
　　*WirelessWerx IP, LLC v. Tail Light, LLC d/b/a Bouncie,* 3:25-cv-01026
　　*WirelessWerx IP, LLC, Nissan North America Inc.,* 3:25-cv-000382
　　*WirelessWerx IP, LLC v. Hyundai Motor America, Inc.,* 3:25-cv-00341
　　*Cloud Systems HoldCo IP. LLC v. RGB Systems, Inc.,* 3:25-cv-00712
　　*Linfo IP, LLC v. Air Oasis, LLC,* 3:25-cv-00129
　　*Mesa Digital, LLC v. Nuu, Inc.,* 3:24-cv-02408
　　*Verna IP Holdings, LLC v. PocketStop, LLC* 3:24-cv-02408

1

*VDPP, LLC v. CostarHD, LLC* 3:24-cv-01666
*Err Content IP LLC v. LG Electronics Inc et al*, 3:24-cv-02191
*VDPP, LLC v. Amazon.com, Inc.*, 3:24-cv-02118
*VDPP LLC v. CostarHD LLC*, 3:24-cv-01666
*VDPP LLC v. Advanced Technology Video Inc.*, 3:24-cv-01523
*VDPP, LLC v. Mercedes-Benz USA, LLC,* 3:24-cv-00664
*VDPP LLC v. Canon USA Inc.,* 3:24-cv-00570
*VDPP LLC v. NEC Corporation of America Texas* 3:24-cv-00566
*VDPP LLC v. ZTE USA Inc.,* 3:24-cv-00082
*VDPP LLC v. Carparts.com Inc.,* 3:24-cv-00199
*VDPP LLC v. ZTE USA Inc.,* 3:24-cv-00082
*Cloud Systems HoldCo IP LLC v. Monitronics International Inc.,* 3:24-cv-00515
*Front Row Technologies, LLC v. Dallas Cowboys Football Club, Ltd.,* 4:23-cv-00943
*VDPP, LLC v. American Honda Motor Co., Inc.,* 4:23-cv-00929
*VDPP, LLC v. American Honda Motor Co., Inc.,* 4:23-cv-00843
*PacSec3 LLC v. One Plus USA Corp.,* 3:23-cv-02830
*Verna IP Holdings LLC v. Dais Inc.,* 3:23-cv-02594
*Galicia IP LLC v. American Honda Motor Co Inc.,* 3:23-cv-02370
*VDPP LLC v. One Plus Corp.,* 3:23-cv-01864
*Street Spirit IP LLC v. Match Group Inc.,* 3:23-cv-01304
*Ortiz & Associates Consulting LLC v. Vizio Inc.,* 3:23-cv-00791
*Arena IP LLC v. Minnesota Vikings Football LLC,* 3:23-cv-00260
*Arena IP LLC v. Extreme Networks Inc.,* 3:23-cv-00238
*Haley IP LLC v. GPS Insight LLC,* 3:23-cv-00210
*Contiguity, LLC v. Traffic Logix Corporation,* 3:23-cv-00187
*Contiguity LLC v. Hikvision USA Inc.,* 3:23-cv-00160
*Front Row Technologies LLC v. U-Blox America Inc.,* 3:23-cv-00157
*AML IP LLC v. Bloomingdales.com LLC,* 3:23-cv-00102
*VDPP LLC v. Panasonic Corporation of North America,* 3:22-cv-02831
*MCom IP LLC v. Citizens Financial Group Inc. et al,* 3:22-cv-02447
*MCOM IP LLC v. Citibank NA et al,* 3:22-cv-02398
*AuthWallet LLC v. HOTELS.COM LP,* 3:22-cv-01778
*AuthWallet LLC v. Omni Hotels Management Corporation,* 3:22-cv-01776
*SAP America Inc. v. Pedersen,* 3:22-cv-01534
*WFR IP LLC v. Motorola Mobility LLC,* 3:22-cv-01434
*Missed Call LLC v. NEC Corporation of America,* 3:22-cv-01079
*InnoMemory LLC v. Kyocera Document Solutions America Inc.,* 3:22-cv-01061
*ZT IP LLC v. VMware Inc.,* 3:22-cv-00970
*Escapex IP LLC v. Spotify USA Inc.,* 3:22-cv-00963
*mCom IP LLC v. CIBC Bank USA,* 3:22-cv-00574

*AK Meeting IP LLC v. Atos IT Solutions and Services Inc.,* 3:22-cv-00550
*VDPP LLC v. Bloomingdale's Inc.,* 3:22-cv-00448
*PacSec3 LLC v. Mimecast North America Inc.,* 3:22-cv-00396
*GEOTAG IP, LLC. v. IDENTIV INC.,* 3:22-cv-00340
*Wikeshire IP LLC v. Kapsch TrafficCom Services, USA, Inc.,* 3:22-cv-00240
*Savannah Licensing LLC v. Nuu Mobile Corporation,* 3:22-cv-00226
*Pixeltide Pathway LLC v. Lojack Corporation,* 3:22-cv-00225
*Gold IP LLC v Shockwatch Inc.,* 3:21-cv-02544
*MCOM IP LLC v. UNISYS Corporation,* 3:21-cv-02288
*mCom IP LLC v. Corp.orate America Family Credit Union Texas,* 3:21-cv-02285
*MCOM IP LLC v. Nautilus Hyosung Americas,* 3:21-cv-02215
*mCom IP LLC v. Avaya Holdings Corp.,* 3:21-cv-01550
*DatRec LLC v. Infor Inc.,* 3:21-cv-01281
*Riggs Technology Holdings LLC v. Salesforce.com LLC,* 3:21-cv-00733
*Cybersoft IP LLC v. Fireeye Inc.,* 3:21-cv-00365
*DatRec LLC v. Allscripts Inc.,* 3:21-cv-00110
*DatRec LLC v. McKesson Corporation,* 3:21-cv-00106
*Richter v. Carnival Corporation et al,* 3:18-cv-02172
*NetSoc LLC v. Match Group LLC,* 3:18-cv-01809

Plaintiff, therefore, requests that the Court grant leave to proceed with the undersigned counsel without the appearance of additional local counsel.

DATED: June 6, 2025          Respectfully submitted,

**Ramey LLP**

By: */s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

3

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, William Ramey, counsel for Plaintiff, certifies that complaint has not yet been served.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of June 6, 2025, with a copy of the foregoing via email and ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III