IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>     Plaintiff, | Civil Action No. 3:25-cv-01448 |
| v. | |
| **ALBERTSONS COMPANIES, INC.,**<br>     Defendant | JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR WAIVER OF THE LOCAL COUNSEL REQUIREMENT**

After considering Plaintiff, Wolverine Barcode IP, LLC's motion for leave to proceed without the necessity of associating additional local counsel, the court hereby GRANTS the motion and ALLOWS Plaintiff, Wolverine Barcode IP, LLC to proceed without local counsel.

_____          _____
DATE                                                                    HONORABLE UNITED STATES JUDGE

1