IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,**<br>　　Plaintiff, | Civil Action No. 3:25-cv-01448-B |
| v. | |
| **ALBERTSONS COMPANIES, INC.,**<br>　　Defendant | JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Kirby Drake of the law firm of Kirby Drake Law PLLC, 2550 Pacific Avenue, Suite 700, Dallas, TX 75226, will appear as co-counsel for Plaintiff, Wolverine Barcode IP LLC.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**Kirby Drake Law PLLC**

　　　　　　　　　　　　　　　　　　　By: /s/ Kirby Drake
　　　　　　　　　　　　　　　　　　　　Kirby Drake
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24036502
　　　　　　　　　　　　　　　　　　　　2550 Pacific Avenue, Suite 700
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75226
　　　　　　　　　　　　　　　　　　　　972.635.0533 (telephone)
　　　　　　　　　　　　　　　　　　　　kirby@kirbydrakelaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Wolverine Barcode IP LLC.*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2025, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

                                            By: /s/ Kirby Drake
                                                  Kirby Drake