UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:25-CV-1448-B |
| § | |
| ALBERTSONS COMPANIES INC., § | |
| § | |
| Defendant. § | |
| § | |

### ORDER

Plaintiff filed its Complaint on June 6, 2025. Doc. 1, Compl. Therefore, Plaintiff was required to serve the Defendant by September 4, 2025. FED. R. CIV. P. 4(m). That date has passed, and Plaintiff has failed to file proof of service of process.

Therefore, the Court **ORDERS** the following: Plaintiff must serve Defendant with a summons and a copy of the Complaint and file proof of service of process on or before **Friday, September 19, 2025**. Failure to do so may result in Plaintiff's claims being dismissed without prejudice. FED. R. CIV. P. 4(c)(1), 4(m).

SO ORDERED.

SIGNED: September 12, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-