IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>   Plaintiff,<br><br>v.<br><br>**ALBERTSONS COMPANIES, INC.,**<br>   Defendant | Civil Action No. 3:25-cv-01448-B<br><br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION TO ENLARGE TIME TO SERVE

Wolverine Barcode IP, LLC ("Wolverine") files this Motion to Enlarge Time to Serve Albertsons Companies, Inc. ("Motion to Enlarge"), showing the Court that there is a good cause to grant Wolver's Motion to Enlarge.

On June 6, 2025, Wolverine filed the Original Complaint. On June 6, 2025, the Court Clerk issued Summons. Wolverine's process server has not yet served Albertsons Companies, Inc. even though a request was made to serve the summons shortly after it was issued.

Rule 4(m) allows the Court to extend time for service for an appropriate period where "good cause" exists for failure to properly serve.

Plaintiff was unable to perfect timely service but was able to successfully serve Albertsons on September 12, 2025. No prejudice will result as the case is young.

For the foregoing reasons, Wolverine respectfully requests that the court grant Wolverine's Motion to Enlarge.

DATED: September 12, 2025

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
Ramey LLP
5020 Montrose Blvd., Suite 800

                                                   Houston, Texas 77006
                                                   (713) 426-3923
                                                   (832) 900-4941 (fax)
                                                   wramey@rameyfirm.com

*Attorneys for Wolverine Barcode IP, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that September 12, 2025, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                   */s/ William P. Ramey, III*
                                                   William P. Ramey, III