# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff, | **Civil Action No. 3:25-cv-01448-B** |
| v. | |
| **ALBERTSONS COMPANIES, INC.,**<br>    Defendant | **JURY TRIAL DEMANDED** |

## (PROPOSED) ORDER ON PLAINTIFF'S MOTION TO ENLARGE TIME TO SERVE

The court having considered the Motions, hereby Grants Plaintiff's Motion to Enlarge Time to Serve through September 12, 2025.

_____
Date

_____
Honorable Judge Presiding