AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Wolverine Barcode IP, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:25-cv-01448-G |
|  | ) |
| Albertsons Companies, Inc. | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Albertsons Companies Inc

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

William Ramey
5020 Montose Boulevard, Suite 800
Houston, TX 77006

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

SERVICE RETURN ATTACHED

CLERK OF COURT

DATE: 06/06/2025



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01448-G

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

**SERVICE RETURN ATTACHED**

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:25-CV-01448-G

Plaintiff:
**Wolverine Barcode IP LLC**
vs.
Defendant:
**Albertsons Companies, Inc.**

For: Ramey LLP

Received these papers on the 12th day of September, 2025 at 9:42 am to be served on **Albertsons Companies, Inc. by serving their registereed agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange St, Wilmington, New Castle County, DE 19801**. I, __GILBERT DEL VALLE__, being duly sworn, depose and say that on the __12__ day of SEPTEMBER, 20__25__ at __2:45 P__.m., executed service by delivering a true copy of the **Summons with a Plaintiff's Original Complaint for Patent Infringement and Exhibits A and B** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to __ROBIN HUTT-BANKS__ (individual accepting) as __MANAGING AGENT__ (title), at __1209 ORANGE STREET__ (street), __WILMINGTON__ (city), __DE__ (state) __19801__ (zip code) __NEW CASTLE__ (county).

( ) PUBLIC AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the __12__ day of __SEPTEMBER__, __2025__ by the affiant who is personally known to me.

NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

GILBERT DEL VALLE
PROCESS SERVER # __1975__
Appointed in accordance with State Statutes

Our Job Serial Number: 2025010235
Ref: Wolverine v Albertsons

**ATX Process, LLC**
1411 W 6th Street
Austin, TX 78703
(512) 717-5600