IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC, | Civil Action No. 3:25-CV-01448-B |
| Plaintiff, | |
| v. | |
| ALBERTSONS COMPANIES, INC., | |
| Defendant. | |

**NOTICE OF APPEARANCE**

Please take notice that the following attorney is entering an appearance as counsel for Defendant Albertsons Companies, Inc. in the above-numbered and entitled cause:

> Sarah E. Spires
> State Bar No. 24083860
> sspires@skiermontderby.com
> SKIERMONT DERBY LLP
> 1601 Elm Street, Suite 4400
> Dallas, Texas 75201
> Tel: (214) 978-6600
> Fax: (214) 978-6601

Ms. Spires is currently admitted to practice in the Northern District of Texas.

Dated: October 2, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Sarah E. Spires

　　　　　　　　　　　　　　　　　　　　　Sarah E. Spires (TX 24083860)
　　　　　　　　　　　　　　　　　　　　　SKIERMONT DERBY LLP
　　　　　　　　　　　　　　　　　　　　　1601 Elm Street, Suite 4400
　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　Telephone: 214-978-6600
　　　　　　　　　　　　　　　　　　　　　sspires@skiermontderby.com

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　*Albertsons Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1(e).

　　　　　　　　　　　　　　　　　　　　　/s/ Sarah E. Spires