IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | Civil Action No. 3:25-CV-01448-B |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Albertsons Companies, Inc. ("Defendant") by and through its undersigned counsel, respectfully moves the Court for entry of an order extending the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by an additional sixty (60) days, through and including December 2, 2025. Plaintiff has indicated its consent to the relief requested herein. In support of this Motion, Defendant shows the Court as follows:

1. On June 6, 2025, Plaintiff filed its Complaint in this case (Dkt. 1).

2. On September 12, 2025, the Court entered its order (Dkt. 11) directing Plaintiff to serve Defendant by no later than September 19, 2025. Defendant was served and Plaintiff filed its Proof of Service on September 12, 2025 (Dkt. 13).

3. Under Federal Rule of Civil Procedure 12, the current deadline for Defendant to answer or otherwise respond to the Complaint is October 3, 2025.

4. Good cause exists for the proposed extension because Defendant needs additional time to analyze the allegations in the Complaint, gather and review its records and consult with

counsel regarding its defenses to the Complaint. Defendant does not seek this extension for purposes of delay but so that justice may be done.

5. Accordingly, Defendant moves the Court for a sixty-day extension of its deadline to answer or respond to the Complaint, through and including December 2, 2025.

6. WHEREFORE, Defendant hereby respectfully requests that the Court enter an order extending the deadline for Defendant to file an answer or otherwise respond to the Complaint by an additional sixty (60) days, through and including December 2, 2025, and for such other and further relief to which it may be justly entitled.

Dated: October 2, 2025					Respectfully submitted,

					/s/ Sarah E. Spires

					Sarah E. Spires (TX 24083860)
					SKIERMONT DERBY LLP
					1601 Elm Street, Suite 4400
					Dallas, TX 75201
					Telephone: 214-978-6600
					sspires@skiermontderby.com

					Attorneys for Defendant
					*Albertsons Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1(e).

					/s/ Sarah E. Spires

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has complied with Local Rule 7.1 and that the relief requested in this motion is unopposed.

					/s/ Sarah E. Spires