# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | Civil Action No. 3:25-CV-01448-B |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

BEFORE THE COURT is Defendant Albertsons Companies, Inc.'s ("Defendant") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint. The Court, having considered the Motion, finds that the Motion should be and is hereby GRANTED.

IT IS THEREFOR ORDERED that Defendant shall have an additional sixty (60) days, through and including December 2, 2025, to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED.

Signed on _____

_____
HON. JANE J. BOYLE
UNITED STATES DISTRICT JUDGE