### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

WOLVERINE BARCODE IP LLC, §
   *Plaintiff* §
§
§
    v. §   Case No. 3:25-CV-01448-B
§
§
ALBERTSONS COMPANIES, INC., §
   *Defendant* §

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Warren Kash Warren LLP           , with offices at

2261 Market St.
(Street Address)

San Francisco       CA     94114
(City)          (State)     (Zip Code)

415-895-2940        415-895-2964
(Telephone No.)        (Fax No.)

**II.**   Applicant will sign all filings with the name Jessica Lord.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Albertsons Companies, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____ California _____, where Applicant regularly practices law.

For Court Use Only.
Bar StatusVerified:

_____

Bar license number: 359585 _____     Admission date: 12/2/2024 _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

Court:                              Admission Date:                         Active or Inactive:

N/A _____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Sarah E. Spires of Skiermont Derby LLP                                , who has offices at

1601 Elm Street, Suite 4400
(Street Address)

Dallas                                Texas                75201
(City)                                (State)              (Zip Code)

214-978-6600                                214-978-6601
(Telephone No.)                              (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

☑    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   28th   day of October                , 2025      .

Jessica Lord
Printed Name of Applicant

/s/ Jessica Lord
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 10/27/2025

**LICENSEE NAME:** Jessica Lord

**LICENSEE BAR NUMBER:** 359585

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/2/2024

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Jessica Lord's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California
(See Sections 6006 and 6125, et seq., Business and Professions Code.)*