UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

WOLVERINE BARCODE IP LLC, §
    *Plaintiff* §
  §
  §
v. § Case No. 3:25-CV-01448-B
  §
  §
ALBERTSONS COMPANIES, INC., §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Warren Kash Warren LLP, with offices at

2261 Market St., No. 606
(Street Address)

San Francisco     CA     94114
(City)     (State)     (Zip Code)

415-895-2940     415-895-2964
(Telephone No.)     (Fax No.)

**II.** Applicant will sign all filings with the name Matthew S. Warren.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Albertsons Companies, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 230565    Admission date: 5/27/2004

<div style="float:right;border:1px solid;">For Court Use Only.<br>Bar StatusVerified:<br>_____</div>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see Attachment A | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Sarah E. Spires of Skiermont Derby LLP, who has offices at

1601 Elm Street, Suite 4400
(Street Address)

Dallas                                      Texas                       75201
(City)                                      (State)                     (Zip Code)

214-978-6600                                214-978-6601
(Telephone No.)                             (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  29th  day of October, 2025.

Matthew S. Warren
Printed Name of Applicant

/s/ Matthew S. Warren
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Matthew S. Warren

Attachment A

| Title of Court | Date of Admission | Current Standing |
|---|---|---|
| Massachusetts Board of Bar Overseers | 12/17/1998 | Good |
| State Bar of New York | 12/17/2001 | Good |
| State Bar of California | 5/27/2004 | Good |
| Supreme Court of the United States | 1/9/2023 | Good |
| U.S. Court of Appeals, Eleventh Circuit | 5/27/2005 | Good |
| U.S. Court of Appeals, Federal Circuit | 8/15/2014 | Good |
| U.S. Court of Appeals, Ninth Circuit | 4/3/2019 | Good |
| U.S. District Court, Eastern District of New York | 7/30/2003 | Good |
| U.S. District Court, Southern District of New York | 7/30/2003 | Good |
| U.S. District Court, Central District of California | 6/9/2004 | Good |
| U.S. District Court, Eastern District of California | 6/14/2004 | Good |
| U.S. District Court, Southern District of California | 6/16/2004 | Good |
| U.S. District Court, Northern District of California | 7/30/2004 | Good |
| U.S. District Court, Eastern District of Texas | 2/24/2014 | Good |
| U.S. District Court, District of Massachusetts | 4/20/2018 | Good |
| U.S. District Court, Western District of Texas | 12/1/2020 | Good |

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 10/28/2025

**LICENSEE NAME:** Matthew Stewart Warren

**LICENSEE BAR NUMBER:** 230565

**LICENSEE STATUS:** Active

**ADMIT DATE:** 5/27/2004

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Matthew Stewart Warren's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)