# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTSONS COMPANIES, INC., <br><br> Defendant. | Civil Action No. 3:25-CV-01448-B |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Albertsons Companies, Inc. ("Defendant") by and through its undersigned counsel, respectfully moves the Court for entry of an order extending the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by an additional thirty-two days, through and including December 5, 2025. Plaintiff has indicated its consent to the relief requested herein. In support of this Motion, Defendant shows the Court as follows:

1. On June 6, 2025, Plaintiff filed its Complaint in this case (Dkt. 1).

2. On September 12, 2025, the Court entered its order (Dkt. 11) directing Plaintiff to serve Defendant by no later than September 19, 2025. Defendant was served and Plaintiff filed its Proof of Service on September 12, 2025 (Dkt. 13).

3. On October 2, Defendant filed an unopposed motion for extension of time to answer or otherwise respond to the Complaint. (Dkt. 16).

4. On October 3, the Court granted Defendant's motion in part, allowing Defendant an additional 31 days, through November 3, to answer or otherwise respond to the Complaint. (Dkt. 17).

5. Since Defendant filed its October 2 motion, Plaintiff's counsel has provided an offer of settlement to Defendant, which Defendant is currently considering.

6. In order to fully consider Plaintiff's offer of settlement, and considering the logistical challenges of the upcoming holidays, Defendant respectfully requests an additional extension of time through December 5, 2025, to answer or otherwise respond to the Complaint.

7. Good cause exists for the proposed extension because Defendant needs additional time to analyze the allegations in the Complaint, gather and review its records, consult with counsel regarding its defenses to the Complaint, and to consider Defendant's offer of settlement. Defendant does not seek this extension for purposes of delay but so that justice may be done.

8. Accordingly, Defendant moves the Court for a thirty-two day extension of its deadline to answer or respond to the Complaint, through and including December 5, 2025.

9. WHEREFORE, Defendant hereby respectfully requests that the Court enter an order extending the deadline for Defendant to file an answer or otherwise respond to the Complaint by an additional thirty-two days, through and including December 5, 2025, and for such other and further relief to which it may be justly entitled.

Dated: October 30, 2025                                    Respectfully submitted,

                                                                         /s/ Sarah E. Spires

Sarah E. Spires (TX 24083860)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Telephone: 214-978-6600
sspires@skiermontderby.com

Matthew S. Warrant (*pro hac vice* pending)
Jessica Lord (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market St. No. 606,
San Francisco, CA 94114
Telephone: 415-895-2940
matt@warrenkashwarren.com
lord@warrenkashwarren.com

Attorneys for Defendant
*Albertsons Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1(e).

                                                                         /s/ Sarah E. Spires

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has complied with Local Rule 7.1 and that the relief requested in this motion is unopposed.

                                                                         /s/ Sarah E. Spires