IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC, | Civil Action No. 3:25-CV-01448-B |
| Plaintiff, | |
| v. | |
| ALBERTSONS COMPANIES, INC., | |
| Defendant. | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

BEFORE THE COURT is Defendant Albertsons Companies, Inc.'s ("Defendant") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint. The Court, having considered the Motion, finds that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have an additional thirty-two (32) days, through and including December 5, 2025, to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED.

Signed on _____

_____
HON. JANE J. BOYLE
UNITED STATES DISTRICT JUDGE