IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTSONS COMPANIES, INC., <br><br> Defendant. | Civil Action No. 3:25-CV-01448-B |

**[PROPOSED] ORDER GRANTING DEFENDANT ALBERTSONS COMPANIES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Albertsons Companies, Inc.'s Motion to Dismiss Plaintiff's Complaint (the "Motion"). The Court, having considered the Motion, finds that the Motion should be and is hereby GRANTED.

**SO ORDERED.**

SIGNED ON: _____

_____
HON. JANE J. BOYLE
UNITED STATES DISTRICT JUDGE