IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>　　　　Defendant. | Civil Action No. 3:25-CV-01448-B |

### APPENDIX IN SUPPORT OF DEFENDANT ALBERTSONS COMPANIES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Albertsons Companies, Inc. submits this Appendix in Support of it's Motion to Dismiss Plaintiff's Complaint.

| Document Description | Page numbers |
|---|---|
| Declaration of Matthew S. Warren in Support of Defendant Albertsons Companies, Inc.'s Motion to Dismiss Plaintiff's Complaint | Appx001-Appx001 |
| Exhibit A – Texas Secretary of State entity-record search results for Wolverine Barcode IP LLC (Dec. 4, 2025) | Appx002-Appx003 |
| Exhibit B – Patent Assignment for U.S. Patent No. 9,280,689 | Appx004-Appx006 |

| | |
|---|---|
| Date: December 5, 2025 | */s/ Sarah E. Spires* <br> Sarah E. Spires (TX Bar No. 24083860) <br> SKIERMONT DERBY LLP <br> 1601 Elm Street, Suite 4400 <br> Dallas, TX 75201 <br> Phone: (214) 978-6600 <br> Fax: (214) 978-6601 <br> sspires@skiermontderby.com <br> <br> Matthew S. Warren (California Bar No. 230565) <br> (admitted pro hac vice) <br> Jessica Lord (California Bar No. 359585) <br> (admitted pro hac vice) <br> WARREN KASH WARREN LLP <br> 2261 Market Street No. 606, <br> San Francisco, California 94114 <br> Telephone: (415) 895-2940 <br> Fax:  (415) 895-2964 <br> 25-1448@cases.warrenlex.com <br> <br> *Attorneys for Defendant* <br> *Albertsons Companies, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, a true and correct copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Sarah E. Spires*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>　　　　Defendant. | Civil Action No. 3:25-CV-01448-B |

**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF
DEFENDANT ALBERTSONS COMPANIES, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Matthew S. Warren, declare under 28 US.C. § 1746 as follows:

1.　　I am a partner at Warren Kash Warren LLP, counsel for defendant Albertsons Companies, Inc. in this action.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.　　Attached as Exhibit A is a true and correct copy of a report from the Office of the Secretary of State of Texas.

3.　　Attached as Exhibit B is a true and correct copy of United States Patent and Trademark Office Assignment Record, Reel 069198, Frames 0268 to 0269.

　　　I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 5, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Matthew S. Warren

# EXHIBIT A

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697



Jane Nelson  
Secretary of State

# Office of the Secretary of State

December 04, 2025

A search of our records reveals the following information for the entity record selected.

Entity Name: Wolverine Barcode IP LLC  
Entity Type: Domestic Limited Liability Company (LLC)  
Jurisdiction: TEXAS, USA  
File Number: 805761578  
Formation File Date: October 26, 2024 Effective: October 26, 2024

The status of the entity is in existence.

The name and address of the registered agent and office in Texas is:

REGISTERED AGENTS INC.  
5900 BALCONES DRIVE STE 100  
AUSTIN, TX 78731  
USA

The entity recorded the following assumed name(s) with this office:

The entity has not recorded any assumed name certificates with this office.

The management information from our computer records lists:

| PUEBLO NUEVO LLC | 5900 BALCONES DRIVE STE 100 |
| MANAGER | AUSTIN, TX 78731 |
| | USA |

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555    Fax: (512) 463-5709    Dial: 7-1-1 for Relay Services  
Prepared by: SOS-WEB    TID: 10386    Document: 1539549700003

Appx003

# EXHIBIT B

508862021       11/11/2024

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

Assignment ID: PATI622297

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Andrew M. Ling, P.C. | 11/11/2024 |

**RECEIVING PARTY DATA**

| Company Name: | Wolverine Barcode IP LLC |
|---|---|
| Street Address: | 5900 Balcones Drive |
| Internal Address: | Ste 100 |
| City: | Austin |
| State/Country: | TEXAS |
| Postal Code: | 78731 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 9280689 |

**CORRESPONDENCE DATA**

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 4157220317 |
| Email: | andy@gtx.com |
| Correspondent Name: | Andrew Ling |
| Address Line 1: | 43 Audubon Way |
| Address Line 4: | Novato, CALIFORNIA 94949-6691 |

| NAME OF SUBMITTER: | Andrew Ling |
|---|---|
| SIGNATURE: | Andrew Ling |
| DATE SIGNED: | 11/11/2024 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 1**  
source=AML PC.Wolverine Barcode IP LLC Patent Assignment U.S. Patent No. 9,280,689 Nov. 11, 2024 EXECUTED #page1.tiff

# ASSIGNMENT

**WHEREAS** Andrew M. Ling, P.C., an Arizona corporation ("ASSIGNOR"), wishes to transfer, assign and grant all rights, title and interest in the patent listed below to Wolverine Barcode IP LLC, a Texas limited liability corporation ("ASSIGNEE") and ASSIGNEE wishes to accept such transfer, assignment and grant; and

**WHEREAS** both ASSIGNOR and ASSIGNEE wish to enter into this Assignment to fully transfer and assign all rights, title and interest to the following patent ("Patent") and to have it recorded with the U.S. Patent and Trademark Office:

- U.S. Patent No. 9,280,689

**NOW THEREFORE,** for this and other valuable consideration, the receipt and sufficiency of which are hereby explicitly acknowledged both by ASSIGNOR and ASSIGNEE and both parties intending to be legally bound, agree as follows:

ASSIGNOR hereby transfers, conveys and assigns, all rights, title and interest to the Patents to ASSIGNEE.

THIS ASSIGNMENT shall inure to the benefit of ASSIGNEE and its successors and assigns and shall be binding upon ASSIGNOR and its successors and assigns.

**IN WITNESS WHEREOF,** this Assignment has been executed below by the undersigned:

Andrew M. Ling, P.C. ("ASSIGNOR")        Wolverine Barcode IP LLC ("ASSIGNEE")

By: _____      By: _____
Name: Andrew M. Ling, President          Name: Andrew M. Ling, Sole Member
Date: November 11, 2024                  Date: November 11, 2024