# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

WOLVERINE BARCODE IP LLC
Plaintiff

v.

ALBERTSONS COMPANIES, INC.
Defendant

3:25-cv-01448
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Albertsons Companies, Inc. ("ACI"), by and through its undersigned counsel,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

ACI is a publicly traded company on the New York Stock Exchange under the symbol ACI. ACI has no parent corporation or publicly held corporation owning 10% or more of its stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

As of this date, other than as disclosed herein, none.

| | |
|---|---|
| Date: | 12/5/2025 |
| Signature: | /s/ Sarah E. Spires |
| Print Name: | Sarah E. Spires |
| Bar Number: | Texas State Bar No. 24083860 |
| Address: | 1601 Elm St., Ste. 4400 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214-978-6613 |
| Fax: | 214-978-6601 |
| E-Mail: | sspires@skiermontderby.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.