# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>      Plaintiff, | **Civil Action No. 3:25-cv-01448-B** |
| v. | |
| **ALBERTSONS COMPANIES, INC.,**<br>      Defendant | **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Wolverine Barcode IP, LLC files this Motion for Extension of Time to Respond to Defendant, Albertsons Companies, Inc., Motion to Dismiss Plaitniff's Comlaint, ECF 24. Under L.R. 7.1, Plainitff's responsive brief is due on December 26, 2025. Plaintiff contacted Defendant's counsel and requested an extension for the same, and Defendant is unopposed. Plaintiff files this motion unopposed requesting an extension of time to file its responsive brief until January 9, 2026.

Respectfully submitted,

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

**CERTIFICATE OF CONFERENCE**

I hereby certify that on December 16 and 17, 2025, I conferred with Defendant's counsel concerning this motion and extension of time to respond to Motion to Disiss and they have no opposition to this extension.

                                        */s/ William P. Ramey, III*
                                        William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of December 18, 2025, with a copy of the foregoing and ECF filing.

                                        */s/ William P. Ramey, III*
                                        William P. Ramey, III