# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff, | Civil Action No. 3:25-cv-01448-B |
| v. | |
| **ALBERTSONS COMPANIES, INC.,**<br>    Defendant | **JURY TRIAL DEMANDED** |

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The Court having considered the Plaintiff's Motion for Extension of Time to Respond to Defendant Albertsons Companies, Inc.'s Motion to Dismiss, ECF No. 24, and noting that the motion is unopposed, hereby GRANTS the motion and extends Plaintiff's time to file its responsive brief until January 9, 2026.

Signed this ___ day of _____, 2026.

_____
Honorable Judge Presiding

1