IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,**  *Plaintiff,*  v.  **ALBERTSONS COMPANIES, INC.,**  *Defendant.* | Civil Action No. 3:25-CV-01448-B  **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER FOR DEFENDANT'S MOTION TO DISMISS**

This Court having considered Defendant's Motion to Dismiss, Plaintiff's Response and all other evidence of record is of the opinion that the Motion to Dismiss should be denied.

It is so ORDERED.

_____          _____
Date                                                              Honorable Judge Presiding

1