UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WOLVERINE BARCODE IP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1448-B |
| | § | |
| ALBERTSONS COMPANIES, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On July 9, 2026, this Court **GRANTED** Defendant Albertsons Companies, Inc.'s Motion to Dismiss (Doc. 24) and **DISMISSED WITH PREJUDICE** Plaintiff Wolverine Barcode IP LLC ("Wolverine")'s action after finding U.S. Patent No. 9,280,689 ineligible for patent protection under 35 U.S.C. § 101. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Wolverine takes nothing. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all claims and controversies in the above-captioned case.

SO ORDERED.

SIGNED: July 9, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE

-1-