**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

WOLVERINE BARCODE IP LLC,

        Plaintiff,

v.

ALBERTSONS COMPANIES, INC.,

        Defendant.

Civil Action No. 3:25-CV-01448-B

**[PROPOSED] ORDER GRANTING
<u>DEFENDANT ALBERTSONS COMPANIES, INC.'S  MOTION FOR ATTORNEYS' FEES</u>**

Before the Court is Defendant Albertsons Companies, Inc.'s Motion for Attorneys' Fees (the "Motion").  The Court, having considered the Motion, finds that the Motion should be and is hereby GRANTED as follows:

1.      I find that this case is "exceptional" under 35 U.S.C. § 285, and that Albertsons Companies, Inc. shall be awarded attorneys' fees and non-taxable costs incurred in defending against this lawsuit.

2.      Albertsons Companies, Inc. is ordered to submit evidence regarding its fees within twenty-one days of this Order.

      **SO ORDERED.**

      **SIGNED ON:** _____

                                    _____
                                      HON. JANE J. BOYLE
                                      UNITED STATES DISTRICT JUDGE