**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

WOLVERINE BARCODE IP LLC,

   Plaintiff,

v.

ALBERTSONS COMPANIES, INC.,

   Defendant.

Civil Action No. 3:25-CV-01448-B

**APPENDIX IN SUPPORT OF
DEFENDANT ALBERTSONS COMPANIES, INC.'S MOTION FOR ATTORNEYS' FEES**

   Defendant Albertsons Companies, Inc. submits this Appendix in Support of its Motion for Attorneys' Fees.

| Document Description | Page Numbers |
| --- | --- |
| Declaration of Matthew S. Warren in Support of Defendant Albertsons Companies, Inc.'s Motion for Attorneys' Fees | Appx001-Appx003 |
| Exhibit 1 – Wolverine Barcode IP LLC's Certificate of Formation filed with the Office of the Secretary of State of Texas | Appx004-Appx006 |
| Exhibit 2 – United States Patent and Trademark Office Assignment Record, Reel 069198, Frames 0268 to 0269 | Appx007-Appx009 |
| Exhibit 3 – Letter from William P. Ramey on October 2, 2025 | Appx010-Appx011 |
| Exhibit 4 – Document entitled "Plaintiff's Preliminary Infringement Contentions" | Appx012-Appx014 |
| Exhibit 5 – Document entitled "Plaintiff AML IP, LLC's Initial Disclosures" | Appx015-Appx020 |
| Exhibit 6 – Document entitled "Plaintiff's First Set of Requests for Production to Defendant Albertsons Companies, Inc." | Appx021-Appx038 |
| Exhibit 7 – Document entitled "Plaintiff's First Set of Interrogatories to | Appx039-Appx047 |

| Document Description | Page Numbers |
|---|---|
| Defendant Sephora USA, Inc." | |
| Exhibit 8 – Letter from Matthew S. Warren on January 28, 2026 | Appx048-Appx049 |
| Exhibit 9 – Email from William P. Ramey on April 6, 2026 | Appx050-Appx051 |
| Exhibit 10 – Email from William P. Ramey on April 24, 2026 | Appx052-Appx053 |
| Exhibit 11 – Letter from William P. Ramey on June 1, 2026 | Appx054-Appx057 |
| Exhibit 12 – Document entitled "Plaintiff Wolverine Barcode IP LLC's First Set of Requests for Production of Documents and Things to Defendant Albertsons Companies, Inc. (Nos. 1-25)." | Appx058-Appx069 |
| Exhibit 13 – Document entitled "Plaintiff Wolverine Barcode IP LLC's First Set of Interrogatories to Defendant Albertsons Companies, Inc. (Nos. 1-12)." | Appx070-Appx076 |
| Exhibit 14 – Letter from William P. Ramey dated June 19, 2026 | Appx077-Appx082 |
| Exhibit 15 – Email from William P. Ramey on June 18, 2026 | Appx083-Appx087 |
| Exhibit 16 – Email from William P. Ramey on July 10, 2026 | Appx088-Appx090 |
| Exhibit 17 – Email from William P. Ramey on July 11, 2026 | Appx091-Appx093 |

Date:  July 23, 2026

Respectfully submitted,

*/s/ Sarah E. Spires*
Sarah E. Spires (Texas Bar No. 24083860)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, Texas 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
sspires@skiermontderby.com

Matthew S. Warren (California Bar No. 230565)
(admitted *pro hac vice*)
WARREN LLP
2261 Market Street No. 606,
San Francisco, California 94114
Telephone: (415) 895-2940
Fax:  (415) 895-2964
25-1448@cases.warrenllp.com

*Attorneys for Defendant*
*Albertsons Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Sarah E. Spires*