IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>        Defendant. | Civil Action No. 3:25-CV-01448-B |

**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF
DEFENDANT ALBERTSONS COMPANIES, INC.'S MOTION FOR ATTORNEYS' FEES**

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1.     I am a partner at Warren LLP, counsel for defendant Albertsons Companies, Inc. in this action.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.     Attached as Exhibit 1 is a true and correct copy of Wolverine Barcode IP LLC's Certificate of Formation filed with the Office of the Secretary of State of Texas.

3.     Attached as Exhibit 2 is a true and correct copy of United States Patent and Trademark Office Assignment Record, Reel 069198, Frames 0268 to 0269.

4.     Attached as Exhibit 3 is a true and correct copy of a letter from William P. Ramey on October 2, 2025.

5.     Attached as Exhibit 4 is a true and correct copy of a document entitled "Plaintiff's Preliminary Infringement Contentions."

– 1 –

Appx001

6.      Attached as Exhibit 5 is a true and correct copy of a document entitled "Plaintiff AML IP, LLC's Initial Disclosures."

7.      Attached as Exhibit 6 is a true and correct copy of a document entitled "Plaintiff's First Set of Requests for Production to Defendant Albertsons Companies, Inc."

8.      Attached as Exhibit 7 is a true and correct copy of a document entitled "Plaintiff's First Set of Interrogatories to Defendant Sephora USA, Inc."

9.      Attached as Exhibit 8 is a true and correct copy of a letter from me on January 28, 2026.

10.      Attached as Exhibit 9 is a true and correct copy of an email from William P. Ramey on April 6, 2026.

11.      Attached as Exhibit 10 is a true and correct copy of an email from William P. Ramey on April 24, 2026.

12.      Attached as Exhibit 11 is a true and correct copy of a letter from William P. Ramey on June 1, 2026.

13.      Attached as Exhibit 12 is a true and correct copy of a document entitled "Plaintiff Wolverine Barcode IP LLC's First Set of Requests for Production of Documents and Things to Defendant Albertsons Companies, Inc. (Nos. 1-25)."

14.      Attached as Exhibit 13 is a true and correct copy of a document entitled "Plaintiff Wolverine Barcode IP LLC's First Set of Interrogatories to Defendant Albertsons Companies, Inc. (Nos. 1-12)."

15.      Attached as Exhibit 14 is a true and correct copy of a letter from William P. Ramey dated June 19, 2026.

– 2 –

16.    Attached as Exhibit 15 is a true and correct copy of an email from William P. Ramey on June 18, 2026.

17.    Attached as Exhibit 16 is a true and correct copy of an email from William P. Ramey on July 10, 2026.

18.    Attached as Exhibit 17 is a true and correct copy of an email from William P. Ramey on July 11, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 23, 2026, at San Francisco, California.

Matthew S. Warren

– 3 –