# Exhibit 2

**508862021    11/11/2024**

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                            Assignment ID: PATI622297
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Andrew M. Ling, P.C. | 11/11/2024 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Company Name: | Wolverine Barcode IP LLC |
| Street Address: | 5900 Balcones Drive |
| Internal Address: | Ste 100 |
| City: | Austin |
| State/Country: | TEXAS |
| Postal Code: | 78731 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 9280689 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 4157220317 |
| Email: | andy@gtx.com |
| Correspondent Name: | Andrew Ling |
| Address Line 1: | 43 Audubon Way |
| Address Line 4: | Novato, CALIFORNIA 94949-6691 |

| NAME OF SUBMITTER: | Andrew Ling |
|---|---|
| SIGNATURE: | Andrew Ling |
| DATE SIGNED: | 11/11/2024 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 1**
source=AML PC.Wolverine Barcode IP LLC Patent Assignment U.S. Patent No. 9,280,689 Nov. 11, 2024 EXECUTED #page1.tiff

**PATENT**
**REEL: 069198 FRAME: 0268**

Appx008

## ASSIGNMENT

**WHEREAS** Andrew M. Ling, P.C., an Arizona corporation ("ASSIGNOR"), wishes to transfer, assign and grant all rights, title and interest in the patent listed below to Wolverine Barcode IP LLC, a Texas limited liability corporation ("ASSIGNEE") and ASSIGNEE wishes to accept such transfer, assignment and grant; and

**WHEREAS** both ASSIGNOR and ASSIGNEE wish to enter into this Assignment to fully transfer and assign all rights, title and interest to the following patent ("Patent") and to have it recorded with the U.S. Patent and Trademark Office:

- U.S. Patent No. 9,280,689

**NOW THEREFORE,** for this and other valuable consideration, the receipt and sufficiency of which are hereby explicitly acknowledged both by ASSIGNOR and ASSIGNEE and both parties intending to be legally bound, agree as follows:

ASSIGNOR hereby transfers, conveys and assigns, all rights, title and interest to the Patents to ASSIGNEE.

THIS ASSIGNMENT shall inure to the benefit of ASSIGNEE and its successors and assigns and shall be binding upon ASSIGNOR and its successors and assigns.

**IN WITNESS WHEREOF,** this Assignment has been executed below by the undersigned:

Andrew M. Ling, P.C. ("ASSIGNOR")          Wolverine Barcode IP LLC ("ASSIGNEE")

By: _____          By: _____
Name: Andrew M. Ling, President          Name: Andrew M. Ling, Sole Member
Date: November 11, 2024                  Date: November 11, 2024