# Exhibit 4

Appx012

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>**Plaintiff,** | **Civil Action No. 7:25-cv-00401** |
| **v.** | |
| **THE KROGER CO.,**<br>**Defendant** | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS**

Wolverine Barcode IP LLC ("Wolverine") hereby serves its Preliminary Infringement Contentions for this matter.  Attached is the chart explaining how the accused products infringe each element of the asserted claims of the following patent:

- U.S. Patent No. 9,280,689 ("the '689 patent") (Claims asserted as charted)

## I.    EARLIEST PRIORITY DATE

The '689 patent claims an earliest priority date of  September 21, 2010.  This is the priority date for all asserted claims.

## II.    DOCUMENTS EVIDENCING CONCEPTION AND REDUCTION TO PRACTICE

Wolverine relies on the filed patent applications for conception and reduction to practice but reserves the right to supplement if further information is discovered.

## III.    FILE HISTORY OF EACH PATENT-IN-SUIT

Wolverine is producing a copy of the file history for the '689 patent.

Respectfully submitted,


**RAMEY LLP**

*/s/William P. Ramey III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

***Attorneys for WOLVERINE
BARCOPE IP, LLC***


## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of December 17, 2025, with a copy of the foregoing via e-mail.

*/s/William P. Ramey III*
William P. Ramey, III

Appx014