# Exhibit 9

Appx050

From: **William Ramey** wramey@rameyfirm.com
Subject: RE: Wolverine Barcode IP LLC v. Albertsons Companies Inc, No. 25-1448 (N.D. Texas)
Date: April 6, 2026 at 2:46 PM
To: Kailey Fung kailey@warrenllp.com, Kirby Drake kirby@kirbydrakelaw.com
Cc: Sarah E. Spires sspires@skiermontderby.com, Wolverine Barcode IP LLC v. Albertsons Companies, Inc.
25-1448@cases.warrenllp.com



Hi Kailey,

Let me know if you have time to discuss resolving this lawsuit.

We are $149k but I do not see you have made a counter?

Bill

---

**From:** Kailey Fung <kailey@warrenllp.com>
**Sent:** Wednesday, January 28, 2026 3:47 PM
**To:** William Ramey <wramey@rameyfirm.com>; Kirby Drake <kirby@kirbydrakelaw.com>
**Cc:** Sarah E. Spires <sspires@skiermontderby.com>; Wolverine Barcode IP LLC v.
Albertsons Companies, Inc. <25-1448@cases.warrenllp.com>
**Subject:** Wolverine Barcode IP LLC v. Albertsons Companies Inc, No. 25-1448 (N.D.
Texas)

Counsel:

Attached please find a letter from Matthew S. Warren.  Please let me know if you do
not receive this attachment in good order.

Best,
Kailey Fung
--
Kailey Fung     kailey@warrenllp.com     +1 (415) 895-2950