# Exhibit 10

Appx052

**From:** **William Ramey** wramey@rameyfirm.com
**Subject:** RE: Wolverine Barcode IP LLC v. Albertsons Companies Inc, No. 25-1448 (N.D. Texas)
**Date:** April 24, 2026 at 9:44 AM
**To:** Kailey Fung kailey@warrenllp.com, Kirby Drake kirby@kirbydrakelaw.com, Litigation Attorneys litattorneys@rameyfirm.com
**Cc:** Sarah E. Spires sspires@skiermontderby.com, Wolverine Barcode IP LLC v. Albertsons Companies, Inc.
25-1448@cases.warrenllp.com

Hi Matt and Sarah,

Please let me know when you have time to discuss the case.  I am not clear from matt's letter or your motion why your client does not see the infringement.

As well, we have not received a counter to our offer of $149,000.

Let me know when we can discuss.

Bill

**From:** Kailey Fung <kailey@warrenllp.com>
**Sent:** Wednesday, January 28, 2026 3:47 PM
**To:** William Ramey <wramey@rameyfirm.com>; Kirby Drake <kirby@kirbydrakelaw.com>
**Cc:** Sarah E. Spires <sspires@skiermontderby.com>; Wolverine Barcode IP LLC v. Albertsons Companies, Inc. <25-1448@cases.warrenllp.com>
**Subject:** Wolverine Barcode IP LLC v. Albertsons Companies Inc, No. 25-1448 (N.D. Texas)

Counsel:

Attached please find a letter from Matthew S. Warren.  Please let me know if you do not receive this attachment in good order.

Best,
Kailey Fung
--
Kailey Fung    kailey@warrenllp.com    +1 (415) 895-2950

Appx053