# Exhibit 15

Appx083

**From:** **William Ramey** wramey@rameyfirm.com  📎
**Subject:** [EXTERNAL] RE: Wolverine Barcode IP LLC v. Albertsons Companies, Inc.: Rule 408 and Discovery
**Date:** June 18, 2026 at 2:20 PM
**To:** Sarah Spires sspires@skiermontderby.com, Kirby Drake kirby@kirbydrakelaw.com
**Cc:** LitigationParalegals LitParalegals@rameyfirm.com, Litigation Attorneys litattorneys@rameyfirm.com, Litigation Docket litigationdocket@rameyfirm.com

WR

EXTERNAL

Hi Sarah,

Please find our Settlement Letter and Discovery requests.

To the extent there are other discovery requests that have been made, those are withdrawn.  This is our first set of discovery.

Bill

---

**From:** Sarah Spires <sspires@skiermontderby.com>
**Sent:** Wednesday, October 29, 2025 6:55 PM
**To:** William Ramey <wramey@rameyfirm.com>; Kirby Drake <kirby@kirbydrakelaw.com>
**Cc:** LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: [EXTERNAL] RE: Woverine Barcode IP LLC v. Albertsons Companies, Inc.: Extension of Time to Answer

Bill and Kirby,

Albertsons' deadline to respond to the Complaint in the above-captioned matter is Monday, November 2. Albertsons would like additional time to consider your offer of settlement before responding to the Complaint, and so would like to request an additional extension of time to answer through December 5, 2025. A draft motion for this extension is attached.

Please let us know whether or not you will oppose Albertsons' request. I am available if you would like to discuss further.

Best,

Sarah

---

Sarah E. Spires | Skiermont Derby LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6613 | F: 214.978.6601 | skiermontderby.com

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Thursday, October 2, 2025 8:56 AM
**To:** Kirby Drake <kirby@kirbydrakelaw.com>; Sarah Spires <sspires@skiermontderby.com>
**Cc:** LitigationParalegals <LitParalegals@rameyfirm.com>

Appx084

**Subject:** [EXTERNAL] RE: Woverine Barcode IP LLC v. Albertsons Companies, Inc.: Extension of Time to Answer

EXTERNAL

Hiu Sarah,

The extension is fine.  Let me know when you can discuss the case.  Did your client send you the attached letter?

Do you have time to speak this week?

Bill


William P. Ramey, III



5020 Montrose Bvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 900-4941 (facsimile)
www.rameyfirm.com

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.


**From:** Sarah Spires <sspires@skiermontderby.com>
**Date:** October 2, 2025 at 7:59:46 AM CDT
**To:** Kirby Drake <kirby@kirbydrakelaw.com>
**Subject: RE: Woverine Barcode IP LLC v. Albertsons Companies, Inc.: Extension of Time to Answer**


Kirby,

Sorry to bother you, but I wanted to follow up on this as I understand that the deadline to answer is tomorrow.

Thank you,

Sarah


Sarah E. Spires | Skiermont Derby LLP

1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6613 | F: 214.978.6601 | skiermontderby.com

**From:** Sarah Spires
**Sent:** Wednesday, October 1, 2025 11:38 AM
**To:** 'Kirby Drake' <kirby@kirbydrakelaw.com>
**Subject:** FW: Woverine Barcode IP LLC v. Albertsons Companies, Inc.: Extension of Time to Answer

Kirby,

It's always good to see a friendly face on the other side of pleadings! I just sent the below email to Mr. Ramey requesting an extension of time to answer in the above-captioned matter, but wanted to send the request to you as well as local.

I hope to see you at the Inn event on Tuesday – my group is up and it should be a fun one!

Best,

Sarah

Sarah E. Spires | Skiermont Derby LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6613 | F: 214.978.6601 | skiermontderby.com

**From:** Sarah Spires
**Sent:** Wednesday, October 1, 2025 11:26 AM
**To:** wramey@rameyfirm.com
**Subject:** Woverine Barcode IP LLC v. Albertsons Companies, Inc.: Extension of Time to Answer

Mr. Ramey,

I have recently been retained by Albertsons in the case brought by Wolverine Barcode IP LLC in the Northern District of Texas. Albertsons would like to request a 60-day extension to the time to answer the complaint. Please let me know if you will agree and if so, I will send a draft stipulation.

Thank you,

Sarah Spires

Sarah E. Spires | Skiermont Derby LLP

Sarah E. Spires | Skiermont Derby LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6613 | F: 214.978.6601 | skiermontderby.com

This message is the property of Skiermont Derby LLP and may contain privileged information or attorney work product.  If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone.  Instead, destroy it and notify me by reply e-mail.

2026-06-18        2026-06-18        2026-06-18
Wolveri…25.pdf    Wolveri…-12.pdf    Settle…ns.pdf
                                     267 KB

Appx087