# Exhibit 16

Appx088

**From:** William Ramey wramey@rameyfirm.com
**Subject:** RE: Wolverine Barcode IP LLC v. Albertsons Companies Inc, No. 25-1448 (N.D. Texas)
**Date:** July 10, 2026 at 2:00 PM
**To:** Kailey Fung kailey@warrenllp.com, Kirby Drake kirby@kirbydrakelaw.com, LitigationParalegals LitParalegals@rameyfirm.com, Litigation Attorneys litattorneys@rameyfirm.com
**Cc:** Sarah E. Spires sspires@skiermontderby.com, Wolverine Barcode IP LLC v. Albertsons Companies, Inc. 25-1448@cases.warrenllp.com

Hi Kaylie and Sarah,

I see that Judge Boyles granted your 101 motion. We would like to discuss next steps with you. We currently intend to appeal; however, we thought we'd make the proposal to Albertsons that, if Albertsons will agree to seek vacatur of Judge Boyles' opinion, we will settle the lawsuit with Albertsons and set up for a walk away. If Judge Boyles won't grant vacatur, we will continue with the appeal. We will draft the documents and let you review if it sounds good?

I just want to run it by you. Let me know after you have discussed with your client. Let's discuss next week. We have a little bit of time here, but ultimately we're going to appeal this unless we can agree on the vacatur proposal.

Talk to you soon.

Bye,

Bill

**From:** William Ramey
**Sent:** Monday, April 6, 2026 4:46 PM
**To:** 'Kailey Fung' <kailey@warrenllp.com>; Kirby Drake <kirby@kirbydrakelaw.com>
**Cc:** Sarah E. Spires <sspires@skiermontderby.com>; Wolverine Barcode IP LLC v. Albertsons Companies, Inc. <25-1448@cases.warrenllp.com>
**Subject:** RE: Wolverine Barcode IP LLC v. Albertsons Companies Inc, No. 25-1448 (N.D. Texas)

Hi Kailey,

Let me know if you have time to discuss resolving this lawsuit.

We are $149k but I do not see you have made a counter?

Bill

**From:** Kailey Fung <kailey@warrenllp.com>
**Sent:** Wednesday, January 28, 2026 3:47 PM
**To:** William Ramey <wramey@rameyfirm.com>; Kirby Drake <kirby@kirbydrakelaw.com>
**Cc:** Sarah E. Spires <sspires@skiermontderby.com>; Wolverine Barcode IP LLC v. Albertsons Companies, Inc. <25-1448@cases.warrenllp.com>
**Subject:** Wolverine Barcode IP LLC v. Albertsons Companies Inc, No. 25-1448 (N.D. Texas)

Counsel:

Attached please find a letter from Matthew S. Warren.  Please let me know if you do not receive this attachment in good order.

Best,
Kailey Fung
--
Kailey Fung     kailey@warrenllp.com     +1 (415) 895-2950