| | |
|---|---|
| **From:** | TXNDml_Dallas Appeals |
| **To:** | appeal |
| **Subject:** | NDTX_07.27.26_Wolverine Barcode IP LLC_25CV1448_Notice of Appeal |
| **Attachments:** | NDTX_07.27.26_Wolverine Barcode IP LLC_25CV1448_Notice of Appeal.pdf; NDTX_07.27.26_Wolverine Barcode IP LLC_25CV1448_Memorandum Opinion and Order.pdf; NDTX_07.27.26_Wolverine Barcode IP LLC_25CV1448_Judgment.pdf; NDTX_07.27.26_Wolverine Barcode IP LLC_25CV1448_Docket Sheet.pdf |

Good afternoon,

In connection with the appeal, the following documents are being transmitted: a copy of the appeal, order from which the appeal action is taken and a certified copy of the docket sheet.

Thank you,


**Dallas Appeals**
Northern District of Texas - Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242
214-753-2633 (ECF Help Desk)
dallas_appeals@txnd.uscourts.gov