**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| WOLVERINE BARCODE IP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:25-CV-01448-B |
| ALBERTSONS COMPANIES, INC., | § | |
| | § | |
| Defendant. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF WOLVERINE BARCODE IP LLC'S**
**RESPONSE IN OPPOSITION TO DEFENDANT ALBERTSONS COMPANIES, INC.'S**
**MOTION FOR ATTORNEYS' FEES**

Plaintiff, Wolverine Barcode IP LLC submits this Appendix in support of it's opposition

to Albertsons' Motion for Attorney Fees.

| ECF NO. | DOCUMENT | PAGE NUMBERS |
|---|---|---|
| 1 | Complaint | Appx001-007 |
| 1-1 | US Patent 9,280,689 | Appx008-034 |
| 1-2 | Claim Charts for US Patent 9,280,689 | Appx035-066 |
| 24 | Motion to Dismiss | Appx067-075 |
| 29 | Response to Motion to Dismiss | Appx076-091 |
| 30 | Reply to Motion to Dismiss | Appx092-107 |
| 31 | Order Dismissing Case | Appx108-127 |
| 34 | Motion for Attorney Fees | Appx128-147 |
| 35-15 | Ramey June 19, 2026 correspondence to Albertsons | Appx148-152 |
| 37 | Notice of Appeal | Appx153-154 |

Respectfully submitted,

**Kirby Drake Law PLLC**

/s/ Kirby Drake
Kirby Drake
Texas State Bar No. 24036502
kirby@kirbydrakelaw.com
2550 Pacific Avenue, Suite 700
Dallas, TX 75226

972.635.0533 (telephone)

**Ramey LLP**

/s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923 (telephone)

***Attorneys for Wolverine Barcode IP LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, a true and correct copy of the foregoing was served

on all counsel of record via the Court's electronic filing system.


/s/ William P. Ramey, III
William P. Ramey, III