## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,**<br>　　**Plaintiff,** | **Civil Action No. 3:25-cv-01448-B** |
| **v.** | |
| **ALBERTSONS COMPANIES, INC.,**<br>　　**Defendant** | **JURY TRIAL DEMANDED** |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Wolverine Barcode IP LLC in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from:

Final Judgment (Doc No. 32) entered on July 9, 2026: and

Memorandum Opinion and Order (Doc. No. 31) Granting Defendant Albertsons' Companies, Inc. Motion to Dismiss (Doc. No. 24).

The appropriate fees for this Notice of Appeal are paid currently.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Ramey LLP

　　　　　　　　　　　　　　　/s/ William P. Ramey, III
　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　446 Heights Blvd., Suite 200
　　　　　　　　　　　　　　　Houston, Texas 77007
　　　　　　　　　　　　　　　(713) 426-3923 (telephone)
　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　***Attorneys for Wolverine Barcode IP LLC.***

Appx153

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on the following counsel through the Court's ECF system on July 27, 2026.  Additionally, four (4) copies of this Notice of Appeal have been filed with the Court.

<u>/s/ William P. Ramey, III</u>
William P. Ramey, III

2