**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| WOLVERINE BARCODE IP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:25-CV-01448-B |
| ALBERTSONS COMPANIES, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

Before the Court is Defendant Albertsons Companies, Inc.'s Motion for Attorneys' Fees (Doc. 34), brought under 35 U.S.C. § 285, 28 U.S.C. § 1927, and the Court's inherent power. Having considered the Motion, Plaintiff Wolverine Barcode IP LLC's Response, any Reply, the record, and the applicable law, the Court concludes that the Motion should be and hereby is DENIED.

**SO ORDERED.**

**SIGNED: _____, 2026.**

 

 

_____

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT
JUDGE