**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

WOLVERINE BARCODE IP LLC,

        Plaintiff,

v.

ALBERTSONS COMPANIES, INC.,

        Defendant.

Civil Action No. 3:25-CV-01448-B

**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF REPLY IN SUPPORT OF BILL OF COSTS OF DEFENDANT ALBERTSONS COMPANIES, INC.**

I, Matthew S. Warren, declare under 28 US.C. § 1746 as follows:

1. I am a partner at Warren LLP, counsel for defendant Albertsons Companies, Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of an email from do_not_reply@psc.uscourts.gov to Carolyn Bridwell on October 28, 2025, stating that the "payment has been successfully processed" for the filing fee of Jessica Lord's *pro hac vice* application, Docket No. 18, associated with "Tracking Id: ATXNDC-15944434."

3. Attached as Exhibit 2 is a true and correct copy of an email from do_not_reply@psc.uscourts.gov to Carolyn Bridwell on October 29, 2025, stating that the "payment has been successfully processed" for the filing fee of Matthew S. Warren's *pro hac vice* application, Docket No. 20, associated with "Tracking Id: ATXNDC-15947456."

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2026, at San Francisco, California.

_____
Matthew S. Warren

Appx001