# Exhibit 1

**From:** do_not_reply@psc.uscourts.gov
**Subject:** [EXTERNAL] Pay.gov Payment Confirmation: TEXAS NORTHERN DISTRICT COURT
**Date:** October 28, 2025 at 12:55 PM
**To:** Carolyn Bridwell cbridwell@skiermontderby.com

D

EXTERNAL

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Richard Holt at 214-753-2202.

Account Number: 4375513
Court: TEXAS NORTHERN DISTRICT COURT
Amount: $100.00
Tracking Id: ATXNDC-15944434
Approval Code: 06105G
Card Number: ************2528
Date/Time: 10/28/2025 03:55:36 ET

NOTE: This is an automated message. Please do not reply

Appx003