## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

WOLVERINE BARCODE IP LLC,

        Plaintiff,

v.

ALBERTSONS COMPANIES, INC.,

        Defendant.

Civil Action No. 3:25-CV-01448-B

## [PROPOSED] ORDER GRANTING
## DEFENDANT ALBERTSONS COMPANIES, INC.'S MOTION FOR BOND

Before the Court is Defendant Albertsons Companies, Inc.'s Motion for Bond (the "Motion"). The Court, having considered the Motion, finds that the Motion should be and is hereby GRANTED as follows:

Plaintiff Wolverine Barcode IP LLC shall file a bond or provide other security of $15,000 within fourteen days of this Order.

**SO ORDERED.**

**SIGNED ON:** _____

_____
HON. JANE J. BOYLE
UNITED STATES DISTRICT JUDGE