**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

WOLVERINE BARCODE IP LLC,

        Plaintiff,

v.

ALBERTSONS COMPANIES, INC.,

        Defendant.

Civil Action No. 3:25-CV-01448-B

**APPENDIX IN SUPPORT OF DEFENDANT
ALBERTSONS COMPANIES, INC.'S MOTION FOR BOND**

        Defendant Albertsons Companies, Inc. submits this Appendix in Support of its Motion

for Bond.

| Document Description | Page Numbers |
|---|---|
| Declaration of Matthew S. Warren in Support of Defendant Albertsons Companies, Inc.'s Motion for Bond | Appx001-Appx001 |
| Exhibit 1 – Screenshot of the Bureau of Labor Statistics' Consumer Price Index Inflation Calculator comparing August 2011 to September 2025. | Appx002-Appx003 |
| Exhibit 2 – Screenshot of the Bureau of Labor Statistics' Consumer Price Index Inflation Calculator comparing September 2025 to July 2026. | Appx004-Appx005 |

Date:  August 13, 2026

Respectfully submitted,

*/s/ Sarah E. Spires*
Sarah E. Spires (Texas Bar No. 24083860)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, Texas 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
sspires@skiermontderby.com

– 1 –

Matthew S. Warren (California Bar No. 230565)
(admitted *pro hac vice*)
WARREN LLP
2261 Market Street No. 606,
San Francisco, California 94114
Telephone: (415) 895-2940
Fax:  (415) 895-2964
25-1448@cases.warrenllp.com

*Attorneys for Defendant*
*Albertsons Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2026, a true and correct copy of the foregoing was

served on all counsel of record via the Court's electronic filing system.

*/s/ Sarah E. Spires*

– 2 –