**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

WOLVERINE BARCODE IP LLC,

          Plaintiff,

v.

ALBERTSONS COMPANIES, INC.,

          Defendant.

Civil Action No. 3:25-CV-01448-B

**DECLARATION OF MATTHEW S. WARREN IN SUPPORT
OF DEFENDANT ALBERTSONS COMPANIES, INC.'S MOTION FOR BOND**

I, Matthew S. Warren, declare under 28 US.C. § 1746 as follows:

1.      I am a partner at Warren LLP, counsel for defendant Albertsons Companies, Inc. in this action.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of a screenshot of the Bureau of Labor Statistics' Consumer Price Index Inflation Calculator, available at the URL https://www.bls.gov/data/inflation_calculator.htm, showing that "$10,000 in August 2011 has the same buying power as $14,337.11 in September 2025," and stating that the "Calculations using October 2025 data cannot be calculated due to a lapse in appropriations."

3.      Attached as Exhibit 2 is a true and correct copy of a screenshot of the Bureau of Labor Statistics' Consumer Price Index Inflation Calculator, showing that "$14,337.11 in November 2025 has the same buying power as $14,770.42 in July 2026."

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 13, 2026, at San Francisco, California.

_____
Matthew S. Warren

Appx001