# Exhibit 2

Appx004

