**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | **CIVIL ACTION NO. 3:25-cv-01448** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANEDED** |
| **ALBERTSONS COMPANIES, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

# ALBERTSONS COMPANIES, INC.'S MOTION TO SUBSTITUTE COUNSEL

Albertsons Companies, Inc. ("Albertsons") brings this Motion to Substitute Counsel, requesting that the Court grant permission for Sarah E. Spires of Stris & Maher LLP to withdraw and to substitute Ryan Hargrave and Ben A. Barnes of Dowd Bennett LLP as attorneys of record for Albertsons in this case, and in support, shows as follows:

1. Sarah E. Spires appeared on behalf of Albertsons in this case on October 2, 2025.

2. Ryan Hargrave and Ben A. Barnes of Dowd Bennett LLP have recently been retained to represent Albertsons in this case. Albertsons approves of this substitution. This Motion is not brought for delay, but to allow Albertsons to be represented by its existing trial counsel and the undersigned as local counsel. This substitution will not delay or affect any existing deadlines.

Accordingly, Albertsons respectfully requests that the Court enter an order allowing Sarah E. Spires of Stris & Maher LLP to withdraw and to substitute Ryan Hargrave and Ben A. Barnes of Dowd Bennett LLP as attorneys of record for Albertsons in this case. Matthew S. Warren will also remain as Albertsons' counsel of record in this case.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Ryan Hargrave*

Ben A. Barnes
Texas Bar No. 24092085
Ryan Hargrave
Texas Bar No. 24071516
DOWD BENNETT LLP
2100 Ross Avenue, Suite 980
Dallas, Texas 75201
Telephone: (214) 667-2205
Facsimile: (314) 863-2111

Matthew S. Warren (California Bar No. 230565) (admitted *pro hac vice*)
WARREN LLP
2261 Market Street No. 606,
San Francisco, California 94114
Telephone: (415) 895-2940
Fax: (415) 895-2964
25-1448@cases.warrenllp.com

*Attorneys for Defendant Albertsons Companies, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that on August 31, 2026, I conferred with counsel of record regarding the relief requested in this motion and they have confirmed they are unopposed.

*Ryan Hargrave*
Ryan Hargrave

# CERTIFICATE OF SERVICE

I certify that on August 31, 2026, I caused a true and correct copy of the foregoing to be served on all counsel of record via email.

*/s/ Ryan Hargrave*
Ryan Hargrave