**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | **CIVIL ACTION NO. 3:25-cv-01448** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANEDED** |
| **ALBERTSONS COMPANIES, INC.,** | § | |
| | § | |
| ***Defendant.*** | § | |

---

**ORDER GRANTING ALBERTSONS COMPANIES, INC.'S MOTION TO SUBSTITUTE COUNSEL**

---

Upon consideration of Albertsons Companies, Inc.'s ("Albertsons") Motion to Substitute Counsel, it is hereby **ORDERED** that said motion is **GRANTED**.

Sarah E. Spires of Stris & Maher LLP is **WITHDRAWN** as counsel of record for Albertsons and Ryan Hargrave and Ben A. Barnes of Dowd Bennett, LLP are hereby **SUBSTITUTED** as attorney of record for Albertsons.

**SO ORDERED**, this _______ day of _________________________, 2026.

________________________________
Honorable Jane J. Boyle

---