**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | Civil Action No. 3:25-CV-01448-B |

**DECLARATION OF WILLIAM P. RAMEY, III IN SUPPORT OF PLAINTIFF WOLVERINE BARCODE IP LLC'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR BOND**

I, William P. Ramey, III, declare under 28 U.S.C. § 1746 as follows:

1. I am the managing partner of Ramey LLP, counsel of record for Plaintiff Wolverine Barcode IP LLC ("Wolverine") in this action and in Wolverine's appeal to the United States Court of Appeals for the Federal Circuit, No. 2026-2113. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Attached as Exhibit A is a true and correct copy of the "Notice Establishing Rates for Taxation of Costs" published by the Clerk of Court of the Federal Circuit pursuant to Federal Circuit Rule 39(c), which I accessed on September 1, 2026 at https://www.cafc.uscourts.gov/wp-content/uploads/Announcements/PublicNotices/Notice-TaxationCostsRates-07012020.pdf. The Notice sets maximum taxable rates of $0.08 per page for principal and reply briefs, $0.08 per page for the appendix, and $2.00 per required paper copy for binding and covers, and provides that the $500.00 docketing fee is taxable "if paid in this court by appellant or petitioner only."

3. Attached as Exhibit B is a true and correct copy of the "Briefs & Appendices" guidance page published by the Federal Circuit, which I accessed on September 1, 2026 at

https://www.cafc.uscourts.gov/home/case-information/case-filings/briefs-appendices. That page instructs that, "[e]xcept following the grant of en banc consideration, filers should not submit paper copies of electronically filed briefs and appendices to the Clerk's Office" and that filers "should wait until the court requests these paper copies," citing Federal Circuit Rule 25(c)(3).

4. Applying the rates in Exhibit A: if the Federal Circuit were to request six paper copies of a response brief sixty-five pages in length, the taxable cost of reproduction would be $31.20 (65 pages × 6 copies × $0.08 per page), and the taxable cost of binding and covers would be $12.00 (6 copies × $2.00 per copy), for a total of $43.20. The page and copy figures are illustrative estimates; the arithmetic is exact.

5. Wolverine paid the required docketing fee for its appeal in connection with its notice of appeal.

6. Wolverine has complied with all orders of this Court in this action and has paid all fees and court-ordered obligations. I am aware of no instance, in this action or any other, in which Wolverine has failed to pay a cost award, sanction, or other court-ordered obligation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026, at Houston, Texas.

*/s/ William P. Ramey, III*
William P. Ramey, III