# EXHIBIT A

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 1, 2023

**Notice Establishing Rates for Taxation of Costs**

Pursuant to Federal Circuit Rule 39(c), the Clerk of Court has set the following maximum rates at which costs may be taxed in a case with this court:

| COST TYPE | ALLOWABLE COST (I.E., MAXIMUM RATE) |
|---|---|
| **Principal Brief** | $0.08 per page |
| **Reply Brief** (including response and reply brief of appellant in a cross-appeal) | $0.08 per page |
| **Appendix** (including any authorized separate or supplemental appendix) | $0.08 per page |
| **Binding and Covers** | $2.00 per required paper copy |
| **Docketing Fee** (if paid in this court by appellant or petitioner only) | $500.00 total |

These rates are unchanged for those in effect before the court's July 1, 2020 amendments to the Federal Circuit Rules.

This notice is posted publicly on the court's website in accordance with Federal Circuit Rule 39(c).