**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | Civil Action No. 3:25-CV-01448-B |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR BOND**

Before the Court is Defendant Albertsons Companies, Inc.'s Motion for Bond (Dkt. 43), which asks the Court to require Plaintiff Wolverine Barcode IP LLC to post a bond of at least $15,000 for costs on appeal under Federal Rule of Appellate Procedure 7. Having considered the Motion, Plaintiff's Response, any reply, and the applicable law, the Court concludes that the Motion should be and hereby is **DENIED**.

**SO ORDERED.**

Dated: __________________, 2026

______________________________
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE